IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NAZIRAH-SAHAR MUTAZZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC;<br>ANIBAL BURGOS; MERCEDES<br>MACKIE; AMANDA REZNYK, and<br>DAN ZALINSKI;<br><br>    Defendants. | Civil No. 21-19987 (RBK/SAK)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court on the Motion to Dismiss by Defendant Amazon.com Services LLC (ECF No. 14); for the reasons expressed in the accompanying Opinion, it is

**HEREBY ORDERED** Defendant Amazon.com Service LLC's Motion to Dismiss (ECF No. 14) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; it is

**FURTHER ORDERED** within thirty (30) days of this Order, Plaintiff may make a motion for leave to file a second amended complaint curing the deficiencies noted in the accompanying Opinion; and if Plaintiff does not make a motion to file a second amended complaint within thirty (30) days, then Plaintiff's claims will be dismissed with prejudice.

Dated: 07/12/22

ROBERT B. KUGLER
United States District Judge